IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-06938 |
| | : | |
| CITY OF HARRISBURG, PA, | : | |
|     Debtor | : | CHAPTER 9 |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPTS OF NOTICES
AND INCLUSION OF NOTICE LISTS AND MAILING MATRICES**

To the Clerk of the Bankruptcy Court, the Debtors, All Trustees, All Creditors, and All Other Parties in Interest:

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 9 case on behalf of the County of Dauphin and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtor are to be served upon:

> Clayton W. Davidson
> Attorney I.D. 79139
> 100 Pine Street - P.O. Box 1166
> Harrisburg, PA  17108-1166
> cdavidson@mwn.com
> Phone:  (717) 232-8000
> Fax:     (717) 237-5300

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court over the County of Dauphin, specifically, but not limited to: (i) the County of Dauphin's right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) the County of Dauphin's right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) the County of Dauphin's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the County of Dauphin is or may be

entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which the County of Dauphin hereby expressly reserves.

                Respectfully submitted,

                McNEES WALLACE & NURICK LLC

Date: October 12, 2011        By  /s/  *Clayton W. Davidson*
                                  Clayton W. Davidson
                                  Attorney I.D. 79139
                                  100 Pine Street - P.O. Box 1166
                                  Harrisburg, PA 17108-1166
                                  Direct Fax: 717-260-1678
                                  Phone: 717-232-8000
                                  cdavidson@mwn.com

                *Attorney for County of Dauphin*

# CERTIFICATE OF SERVICE

I, Clayton W. Davidson, hereby certify that a true and correct copy of the foregoing document was served electronically via the Court's ECF System, on the date set forth below, upon the following:

Mark D Schwartz  
PO Box 330  
Bryn Mawr, PA 19010

United States Trustee  
PO Box 969  
Harrisburg, PA 17108

*Attorney for Debtor*

                                                    /s/ *Clayton W. Davidson*  
                                                    Clayton W. Davidson