UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        :          Chapter 9

City of Harrisburg, PA            :

                                                  :          Case No.  1:11-bk-06938

# CERTIFICATE OF DESIGNATION

    I, Terrence S. Miller, the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania, hereby certify:

    That the above-named case under 11 U.S.C. Chapter 9, has been filed in the office of the Clerk of the Bankruptcy Court on October 11, 2011.

    That I, Terrence S. Miller, pursuant to 11 U.S.C. § 921(b) request that the Honorable Theodore A. McKee, Chief Judge of the United States Court of Appeals for the Third Circuit, designate a bankruptcy judge to conduct this case.

Dated: October 12, 2011

                                                              Terrence S. Miller
                                                              U. S. Bankruptcy Court