# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

IN RE:                          :        Chapter 9

City of Harrisburg, PA          :

        Debtor.        :        Case No.  1:11-bk-06938

## ORDER DESIGNATING BANKRUPTCY JUDGE

       Pursuant to 11 U.S.C. § 921(b), I hereby designate the Honorable Mary D. France, Chief Bankruptcy Judge for the U.S. Bankruptcy Court, Middle District of Pennsylvania to preside over this case.  Chief Bankruptcy Judge France is authorized to perform the duties to the full extent set forth in 28 U.S.C. § 157, as amended, subject to the review procedures set forth in 28 U.S.C. §§ 157(c)(1) and 158 and subject to the limitations to jurisdiction and powers in 11 U.S.C. § 904.

/s/ Theodore A. McKee
Chief Judge

Dated: October 12, 2011

