UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :  Bankruptcy No. 11-06938
CITY OF HARRISBURG, PA                              :
                                                    :  Chapter 9
                     Debtor.                        :

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, the City of Harrisburg and the Honorable Mayor Linda D. Thompson, are parties in interest and hereby appear in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Section 1109(b) of the Bankruptcy Code and 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

> Christopher E. Fisher, Esquire
> Kenneth W. Lee, Esquire
> Beverly Weiss Manne, Esquire
> Michael A. Shiner, Esquire
> Tucker Arensberg, P.C.
> 111 North Front Street
> P.O. Box 889
> Harrisburg, PA  17108-0889
> Telephone:  (717) 234-4121
> Facsimile:  (717) 232-6802
>
> Email: cfisher@tuckerlaw.com
>        klee@tuckerlaw.com
>        bmanne@tuckerlaw.com
>        mshiner@tuckerlaw.com

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**TUCKER ARENSBERG, P.C.**

Dated: October 13, 2011

/s/ *Christopher E. Fisher*
Christopher E. Fisher
PA I.D. No. 201395
Kenneth W. Lee
PA I.D. 50016
111 North Front Street
P.O. Box 889
Harrisburg, PA 17108-0889
(717) 234-4121
(717) 232-6802

Attorneys for the City of Harrisburg and the Honorable Mayor Linda D. Thompson

HBGDB:122625-1 026882-151803

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 11-06938 |
| CITY OF HARRISBURG, PA | : |
| | : Chapter 9 |
| Debtor. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served a copy of the foregoing Amended Notice of Appearance and Request for Service of Papers upon each of the persons and parties in interest via the Court's ECF System:

Mark D. Schwartz, Esquire
P.O. Box 330
Bryn Mawr, PA 19010
(*Counsel to the City of Harrisburg, City Council*)

Clayton W. Davidson, Esquire
McNees, Wallace and Nurrick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(*Counsel to the County of Dauphin*)

Office of the United States Trustee
P.O. Box 969
Harrisburg, PA 17108

/s/ *Christopher E. Fisher*
Christopher E. Fisher