# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> CITY OF HARRISBURG, PA <br><br> Debtor. | Chapter 9 <br><br> Case No. 11-06938 |

## JOINDER OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION IN OBJECTION BY THE COMMONWEALTH OF PENNSYLVANIA TO CHAPTER 9 PETITION OF THE CITY OF HARRISBURG

National Public Finance Guarantee Corporation ("National"), a party in interest in the chapter 9 case of the City of Harrisburg (the "City"), respectfully submits this joinder to the Objection by the Commonwealth of Pennsylvania to the Chapter 9 Petition of the City of Harrisburg (the "Objection"), dated October 14, 2011 [Docket No. 15] and states as follows:

1. National joins in the Objection and incorporates the legal and factual arguments contained therein. For the reasons stated in the Objection, National requests that the Court dismiss this chapter 9 case for failure to satisfy the eligibility criteria set forth in 11 U.S.C. § 109(c)(2) and grant such other relief as it deems just and necessary.

2. National preserves the right to object to the chapter 9 petition of the City under any subsection of 11 U.S.C. §109(c) as an Objecting Party as set forth in the Order Setting Objection and Briefing Deadlines and Scheduling Hearing, dated October 19, 2011 [Docket No. 42], including the right to be heard with respect to such objections at the hearing scheduled for November 23, 2011 or any continuance thereof.

Dated: October 28, 2011                Respectfully submitted,

                                       Winston & Strawn LLP

                          By:   /s/ Lawrence A. Larose
                                Lawrence A. Larose, Esq.
                                Samuel S. Kohn
                                Sarah L. Trum, Esq.
                                200 Park Avenue
                                New York, NY 10166-4193
                                Telephone: (212) 294-6700
                                Facsimile: (212) 294-4700
                                Email: llarose@winston.com
                                       skohn@winston.com
                                       strum@winston.com

                                *Attorneys for National Public Finance Guarantee Corporation*