IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-06938-MDF |
| | : | Chapter 9 |
| CITY OF HARRISBURG, PA, | : | |
| Debtor | : | |
| | : | Hearing Date: 11/23/11 at 9:30 AM |

**THE COUNTY OF DAUPHIN'S OBJECTIONS TO THE DEBTOR'S
CHAPTER 9 BANKRUPTCY PETITION UNDER 11 U.S.C. §§ 109(C)(2) and 921(C)
AND REQUEST TO DECLARE THE DEBTOR'S BANKRUPTCY PETITION
VOID *AB INITIO***

1. On October 11, 2011 at 10:32 PM the City of Harrisburg, PA (the "Debtor") filed a Chapter 9 bankruptcy petition (the "Petition") in the above captioned case.

2. The Debtor, by and through Susan Wilson on behalf of the city council for the Debtor ("City Council"), filed the Petition and indicated the Petition was authorized to be filed under applicable state law.

3. The County of Dauphin is a creditor of the Debtor.

4. The Debtor, by and through City Council, was not authorized to file the Petition under 11 U.S.C. §§ 109(c)(2) and 921(c) because:

   (a) Pennsylvania law prohibits distressed cities, such as the Debtor, from filing for federal bankruptcy protection.

In the event this Court believes there was a statutory basis under Pennsylvania law for the Debtor to file for federal bankruptcy protection, the County of Dauphin alternatively objects to the Petition because:

   (b) Pennsylvania law and the Harrisburg City Code prohibit City Council from signing and filing the Petition pursuant to a resolution authorizing such action, and

   (c) Pennsylvania law and the Harrisburg City Code require the Petition to be signed and filed by the Mayor and not a member of City Council.

5. The Petition was not filed in compliance with 11 U.S.C. §§ 109(c)(2) and 921(c) and should be dismissed and deemed void *ab initio*.

WHEREFORE, the Petition should be dismissed and declared void *ab initio* because the Debtor was not authorized to file for bankruptcy protection under Pennsylvania law, City Council was not authorized to sign and file the Petition on behalf of the Debtor, and City Council must pass an ordinance to allow the Petition to be signed and filed along with such other relief that is just and proper.

McNEES, WALLACE & NURICK LLC

Date: October 28, 2011
By: /s/ Clayton W. Davidson
Clayton W. Davidson
cdavidson@mwn.com
Devin J. Chwastyk
dchwastyk@mwn.com
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108
(717) 232-8000

*Counsel for the County of Dauphin*

METTE, EVANS & WOODSIDE

Charles B. Zwally, Esquire
Supreme Court I.D. No. 07137
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110
(717) 232-5000 – Phone
(717) 236-1816 – Fax

*Of Counsel for the County of Dauphin*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-06938-MDF |
| | : | Chapter 9 |
| CITY OF HARRISBURG, PA, | : | |
| Debtor | : | |
| | : | Hearing Date: 11/23/11 at 9:30 AM |

## CERTIFICATE OF SERVICE

I, Clayton W. Davidson, of the firm of McNees Wallace & Nurick, LLC, hereby certify that I served a true and correct copy of The County Of Dauphin's Objections To The Debtor's Chapter 9 Bankruptcy Petition Under 11 U.S.C. §§ 109(C)(2) And 921(C) And Request To Declare The Debtor's Bankruptcy Petition Void Ab Initio upon the parties listed below by filing it with the Clerk of the Bankruptcy Court using the CM/ECF system.

| | |
|---|---|
| Eric L. Brossman, Esquire<br>Saul Ewing LLP<br>Penn National Insurance Plaza<br>2 North Second Street, 7th Floor<br>Harrisburg, PA 17101-1619<br><br>Counsel to Assured Guaranty<br>Municipal Corp. | Christopher E. Fisher, Esquire<br>Tucker Arensberg, PC<br>111 North Front Street<br>P.O. Box 889<br>Harrisburg, PA 17108<br><br>Counsel to the City of Harrisburg, and<br>the Mayor |
| Neil A. Grover, Esquire<br>2201 North Second Street<br>Harrisburg, PA 17110<br><br>Counsel to Debt Watch Harrisburg and<br>Neil A. Grover | Mark D. Schwartz, Esquire<br>P.O. Box 330<br>Bryn Mawr, PA 19010<br><br>Co-Counsel to the City of Harrisburg,<br>City Council |
| Paige Macdonald-Matthes, Esquire<br>Serratelli, Schiffman, and Brown, P.C.<br>2080 Linglestown Road, Suite 201<br>Harrisburg, PA 17110<br><br>Attorney for Covanta Harrisburg, Inc. | Beverly Weiss Manne, Esquire<br>Michael A. Shiner, Esquire<br>Tucker Arensberg, PA<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br><br>Counsel to the City of Harrisburg, and the<br>Mayor |

| | |
|---|---|
| Steven M. Williams, Esquire<br>Cohen Seglias Pallas Greenhall & Furman<br>240 North Third Street, 7th Floor<br>Harrisburg, PA 17101<br><br>Counsel to Herre Brothers, Inc. and Joseph Strong, Inc. | Neal D. Colton, Esquire<br>Stephen A. Miller, Esquire<br>Jeffrey G. Weil, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>Counsel to the Commonwealth of Pennsylvania |
| John R. Bielski, Esquire<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br><br>Counsel to the Fraternal Order of Police, Capital City Lodge No. 12 | Sarah L. Trum, Esquire<br>Winston & Strawn LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002<br><br>Counsel to National Public Finance Guarantee Corporation |
| Alaine S. Williams, Esquire<br>Willig, Williams & Davidson<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br><br>Counsel to the American Federation of State, County and Municipal Employees, District Council 9 | Lawrence A. Larose, Esquire<br>Samuel S. Kohn, Esquire<br>Winston & Strawn, LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>Counsel to National Public Finance Guarantee Corporation |
| Margaret M. Manning, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Wilmington, DE 1981<br><br>Counsel to The Harrisburg Authority | Gregory Lee Taddonio, Esquire<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br><br>Co-Counsel to National Public Finance Guarantee Corporation |
| United States Trustee<br>P.O. Box 969<br>Harrisburg, PA 17108 | Kathryn Evans Perkins, Esquire<br>Patrick Joseph Troy, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br><br>Co-Counsel to Syncora Guarantee Inc. |

| Walter W. Cohen, Esquire<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>200 Locust Street, Suite 400<br>Harrisburg, PA 17101<br><br>Counsel for Ambac Assurance Corporation | Martin C. Bryce, Esquire<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br><br>Counsel to Manufacturers & Traders Trust Company |
|---|---|

McNEES WALLACE & NURICK LLC

Date: October 28, 2011  By: /s/ Clayton W. Davidson
Clayton W. Davidson
Attorney I.D. 79139
100 Pine Street - P.O. Box 1166
Harrisburg, PA 17108-1166
Direct Fax: 717-260-1678
Phone: 717-232-8000
cdavidson@mwn.com

*Attorneys for County of Dauphin*

METTE, EVANS & WOODSIDE

Charles B. Zwally, Esquire
Supreme Court I.D. No. 07137
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110
(717) 232-5000 – Phone
(717) 236-1816 – Fax

*Of Counsel for the County of Dauphin*